UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHARAFADEEN KASHIMAWO,

                Plaintiff,                    17-cv-2327 (PKC)

    -against-

                                                    ORDER

NAVIENT SOLUTIONS, LLC,

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Whereas the parties have not advised the Court as to whether the arbitration remains pending as required by the January 5, 2018 Order, (Doc. 52), the action is dismissed with prejudice.

        SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated:  New York, New York
           July 22, 2020